IN RE:                  Case No.14-07932-CW3-13
LATOYA DENISE DANSBY         JUDGE CHARLES M WALKER
3926 CLIFTON AVE
NASHVILLE, TN 37209

SSN XXX-XX-6612

## TRUSTEE'S NOTICE OF DIRECT PAY ORDER

     HENRY E. HILDEBRAND, III, Standing Trustee for Chapter 13 matters in the Middle District Of Tennessee, hereby provides notice that the trustee has received information that the source of the debtor's income has changed. The source of payments to the trustee should be the debtor paying directly pending a subsequent notice.

Respectfully Submitted,

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid to:
LATOYA DENISE DANSBY, 3926 Clifton Ave, Nashville, TN 37209;

Email by Electronic Case Noticing to:
JAMES FLEXER, Debtor's counsel

on this 25th day of July, 2017.

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
Chapter 13 Trustee