*Charles M. Walker*
U.S. Bankruptcy Judge
Dated: 7/25/2017



GRD

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                              CASE NO. 14-07932-CW3-13
LATOYA DENISE DANSBY                                07/25/2017
3926 CLIFTON AVE
NASHVILLE, TN  37209

SSN XXX-XX-6612

---

## ORDER TO PAY TRUSTEE

---

The debtor named above has filed a petition for relief under Chapter 13 of the Bankruptcy code and has submitted all future income to the jurisdiction of the United States Bankruptcy Court.

IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor named above shall pay the sum of **$180.00 BI-WEEKLY** and each succeeding period thereafter to the Trustee at least monthly.

| MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO: CHAPTER 13 TRUSTEE P O BOX 340019 NASHVILLE, TN  37203 | PLEASE INCLUDE ON ALL PAYMENTS: NAME: LATOYA DENISE DANSBY CASE NUMBER: 314-07932 | FOR INQUIRIES: PHONE: 615-244-1101        800-231-5928 FAX:   615-242-3241 |
|---|---|---|

IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds.

IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor to make payments to the Trustee in this case.

cc:  LATOYA DENISE DANSBY
     JAMES FLEXER
     PAID DIRECT BY DEBTOR

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.